JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

STEPHANIE GEORGE,

          Petitioner,

      v.

WARDEN E. RICOLCOL,

          Respondent.

Case No. 2:25-cv-12445-JWH-PD

**JUDGMENT**

Pursuant to the "Order Dismissing Petition for Writ of Habeas Corpus as Moot" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DISMISSED as moot**.

**IT IS SO ORDERED.**

Dated: June 5, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-